AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF         Massachusetts

| UNITED STATES OF AMERICA<br>V.<br><br>Carl Taylor<br>16 Harlem Street<br>Boston, Mass. 02121<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   13CR10017-RWZ |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>One Courthouse Way<br>Boston, MA. 02210<br>Before:   Judge Zobel | Room<br>COURTROOM #12 IN PERSON |
|---|---|
| | Date and Time<br>9/7/2021 @ 2:30 P.M. |

To answer a(n)
☐ Indictment        ☐ Information        ☐ Complaint        x Violation Notice        ☐ Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Failure to refrain from controlled substances; failure to answer truthfully; and failure to participate in mental health treatment.

_[signature]_
Signature of Issuing Officer

8/18/2021
Date

Lisa A. Urso, Deputy Clerk
Name and Title of Issuing Officer